

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-9-2012

# Charles McNair v. Synapse Grp Inc

Precedential or Non-Precedential: Precedential

Docket No. 11-1743

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Charles McNair v. Synapse Grp Inc" (2012). *2012 Decisions.* Paper 1209.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1209

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1743
_____

CHARLES MCNAIR; THEODORE AUSTIN; DANIELLE
DEMETRIOU;
USHMA DESAI; JULIE DYNKO,

Appellants,

v.

SYNAPSE GROUP INC.

Appellee.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 06-cv-5072)
District Judge:  Hon. Jose L. Linares
_____

Argued
January 10, 2012

Before:   FUENTES, JORDAN, and NYGAARD, *Circuit
Judges*.

(Filed March 6, 2012)

_____

Paul Diamond
1605 John Street - #102
Fort Lee, NJ  07024

Gary S. Graifman   [ARGUED]
Kantrowitz, Goldhamer & Graifman
747 Chestnut Ridge Road - #200
Chestnut Ridge, NY  10977
Michael S. Green
Green & Associates
522 Route 18 - #5
P.O. Box 428
East Brunswick, NJ  08816
        _Counsel for Appellants_

Geoffrey W. Castello, III
Lauri A. Mazzuchetti
Vincent P. Rao, II
Kelley, Drye & Warren
200 Kimball Drive
Parsippany, NJ   07054

Thomas E. Gilbertsen   [ARGUED]
Venable
575 7th Street, N.W.
Washington, DC   20004
        _Counsel for Appellee_

_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

At the bottom of page 2, "Veneble" shall be deleted and replaced with "Venable".


 /s/   Kent A. Jordan
Circuit Judge

Dated:      March 9, 2012
SLC/cc:     Geoffrey W. Castello, III
            Thomas E. Gilbersten
            Gary S. Graifman
            Lauri A. Mazzuchetti